# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

159462

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 159462
COA: 346049
Wayne CC: 85-002322-FC

RAAD MATTI,
      Defendant-Appellant.

_____/

      By order of November 26, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the February 21, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020

Clerk

t0420